UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
HERNEY GORDILLO,                                    Case No: 17-14048-LMI
                                                    Chapter 7

_____Debtors_____/

## MOTION TO REINSTATE CHAPTER 7 CASE

**COME NOW,** the Debtor, Herney Gordillo**,** by and through their undersigned counsel and moves this Honorable Court for an Order Reinstating Case and as grounds therefore would show:

1. On March 31, 2017 the instant case was filed as a chapter 7 bankruptcy.

2. On May 8,2017 this case was dismissed due to debtor failure to appear at the Meeting of Creditors which was set for May 3, 2017 at 4:00 P.M.

3. Due to a calendaring error on the part of Debtor he did not appear to the Meeting of Creditors.

4. The Debtors case was filed in good faith and the Debtors will be unjustly prejudiced if not permitted to reinstate the case.

**WHEREFORE,** the Debtors pray this Court grant an Order Reinstating Dismissal and reinstating this case.

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent on 12th day of May, 2017 via ecf to  Soneet Kapila, P.O. Box 14213, Ft. Lauderdale, FL 33302 and regular mail to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33010
Tel. 305-374-1234

By:*/s/ Robert Sanchez*_____
     Robert Sanchez, Esq., FBN#0442161

Amex
Correspondence
Po Box 981540
El Paso, TX 79998

Barclays Bank Delaware
100 S West St
Wilmington, DE 19801

BCA Financial Services, Inc.
1800 Old Cutter Rd #462
Miami, FL 33157

Citibank
Centralized Bk/Citicorp Credit Srvs
Po Box 790040
St Louis, MO 63179

Citibank / Sears
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179

Citibank/Sears
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193

HRRG
P.O. BOX 5406
Cincinnati, OH 45273-7942

Inpatient Consultant of FL
P.O. Box 844911
Los Angeles, CA 90084-4911

Inpatient Consultants of FI
P.O. Box 844911
Los Angeles, CA 90084

Palm springs Campus LLC
P.O. Box 44108
Miami, FL 33144

SYNCB/BRMart
Po Box 965064
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

Westlake Financial Srvs
Customer Care
Po Box 76809
Los Angeles, CA 90054