**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:
HERNEY GORDILLO,                                    Case No: 17-14048-LMI
                                                    Chapter 7

_____Debtors_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY,** that a true and correct copy of the Notice of Hearing for the motion to reinstate (**DE# 17**) was sent via regular mail on this 12th day of May, 2017 to all parties on the attached service list.

Dated:  May 12, 2017

I hereby certify that I am admitted to the Bar if the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 (a).

                                            Submitted By:
                                            ROBERT SANCHEZ, P.A.
                                            Attorney for Debtor(s)
                                            355 West 49th Street
                                            Hialeah, FL 33012
                                            Tel.:  305-687-8008
                                            Fax:  305-821-1056

                                            By:   /s/ Robert Sanchez
                                                  ROBERT SANCHEZ, Esq.
                                                 Florida Bar No. 0442161

Amex
Correspondence
Po Box 981540
El Paso, TX 79998

Barclays Bank Delaware
100 S West St
Wilmington, DE 19801

BCA Financial Services, Inc.
1800 Old Cutter Rd #462
Miami, FL 33157

Citibank
Centralized Bk/Citicorp Credit Srvs
Po Box 790040
St Louis, MO 63179

Citibank / Sears
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179

Citibank/Sears
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193

HRRG
P.O. BOX 5406
Cincinnati, OH 45273-7942

Inpatient Consultant of FL
P.O. Box 844911
Los Angeles, CA 90084-4911

Inpatient Consultants of Fl
P.O. Box 844911
Los Angeles, CA 90084

Palm springs Campus LLC
P.O. Box 44108
Miami, FL 33144

SYNCB/BRMart
Po Box 965064
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

Westlake Financial Srvs
Customer Care
Po Box 76809
Los Angeles, CA 90054